# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR351 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| THOMAS PRETENDSEAGLE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on a report from Pretrial Services that defendant, Thomas Pretendseagle, has completed treatment at the Omaha Campus for Hope but has failed to secure placement in an aftercare facility. Defendant shall surrender to the U.S. Marshal to be detained pending an aftercare placement.

**IT IS SO ORDERED.**

DATED this 26th day of January, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge